IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lamar Rashad Jackson, | ) | C/A No. 0:14-1066-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Investigator Montgomery, *CPD*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Lamar Rashad Jackson, a self-represented state prisoner, filed this action pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC for pretrial proceedings.

Pursuant to Federal Rule of Civil Procedure 4(m), service of process must be effected on the defendant within 120 days of filing the Complaint. Review of the docket appears to disclose that the defendant was timely served but has failed to file a responsive pleading in accordance with Rule 12. (ECF No. 27); Fed. R. Civ. P. 12. Accordingly, it is hereby

**ORDERED** that the Clerk of Court enter default against Defendant Montgomery. It is further

**ORDERED** that the plaintiff, within fourteen (14) days from the date of this Order, shall file a properly supported motion for default judgment in accordance with Federal Rule of Civil Procedure 55(b)(2) or otherwise indicate how he would like to proceed. If the plaintiff fails to file the motion or to take other action to advance this matter, the court shall recommend that this action be dismissed. See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

PJG

**IT IS SO ORDERED.**

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 26, 2014
Columbia, South Carolina