AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lamar Rashad Jackson,<br>*Plaintiff*<br>v.<br>Randy Scott, Chief of Police CPD, and<br>Investigator Montgomery, CPD,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.   0:14-cv-01066-MGL |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.0

■ other: the plaintiff, Lamar Rashad Jackson, shall take nothing of the defendant, Randy Scott, from the complaint filed and the action against Randy Scott is dismissed without prejudice.

■ other: the plaintiff, Lamar Rashad Jackson, shall take nothing of the defendant, Investigator Montgomery, from the complaint filed and this action is dismissed.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding.  The Court, in an order dated 6/3/2014, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the action against Randy Scott without prejudice.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the case.

Date:  April 15, 2015                                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/G. Mills

                                                                                    *Signature of Clerk or Deputy Clerk*